The Honorable John H. Chun

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 23-099-JHC |
| Plaintiff, | |
| v. | ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE |
| ERIC BRUNO-JOAQUIN, | |
| Defendant. | |

The Court, having reviewed the Government's Motion to Dismiss the Indictment Without Prejudice, hereby ORDERS:

Leave of the Court is GRANTED for the filing of the foregoing dismissal of indictment without prejudice.

Dated this 19th day of July, 2023.

_____
JOHN H. CHUN
United States District Judge

Presented by:

*s/ Elyne Vaught*
ELYNE M. VAUGHT
Assistant United States Attorney

---

Order to Dismiss Indictment Without Prejudice - 1 *United States v. Bruno-Joaquin* / CR 23-099-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970